FILED

2018 OCT 16 PM 1:08

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18cr477T02SPF
18 U.S.C. § 922(g)(1)

JAMIE JOSEPH MANZ

### INDICTMENT

**SEALED**

The Grand Jury charges:

### COUNT ONE

On or about April 19, 2018, in the Middle District of Florida, the defendant,

JAMIE JOSEPH MANZ,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Uttering Forged Bills, Checks, Drafts, or Notes, on or about October 6, 2006, in Pinellas County, Florida;

2. Unlawful Use of Two-Way Communications Device, on or about March 16, 2015, in Pinellas County, Florida

did knowingly possess, in and affecting interstate commerce, a firearm, that is, Khar Arms, 9mm, caliber, semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).



## COUNT TWO

On or about July 26, 2018, in the Middle District of Florida, the defendant,

JAMIE JOSEPH MANZ,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Uttering Forged Bills, Checks, Drafts, or Notes, on or about October 6, 2006, in Pinellas County, Florida;

2. Unlawful Use of Two-Way Communications Device, on or about March 16, 2015, in Pinellas County, Florida

did knowingly possess, in and affecting interstate commerce, a firearm, that is, FN America LLC, Model FNS-9, 9mm caliber, semi-automatic pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two, are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

    a. Khar Arms, 9mm, caliber, semi-automatic pistol; and

    b. FN America LLC, Model FNS-9, 9mm caliber, semi-automatic pistol.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

Maria Chapa Lopez
United States Attorney

By: _____
Charlie D. Connally
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JAMIE JOSEPH MANZ

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\M\Manz, Jamie_2018R0Pend_CDC\f_Indictment Back.docx