UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:18-cr-477-T-02SPF

JAMIE JOSEPH MANz         /

FILED
2018 DEC -7 AM 9: 37
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) Denise and Patrick Siewak
(ADDRESS) 8075 Sycamore Dr New Port Richey FL 34654
(TELEPHONE NUMBER) 727-510-8147 / 727-510-8103

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____          _____
Signature of Custodian            Signature of Custodian

## ACKNOWLEDGMENT BY DEFENDANT

I, Jamie Joseph Manz, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition of fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_____          8075 sycamore dr
Signature of Defendant            Address
727-223-2874                      NPR FL 34654
Telephone Number                  City, State, Zip

**RELEASE ORDERED:**

_____
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2018