# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:18-cr-4770-T-02SPF | **DATE:** December 21, 2018 |
| **HONORABLE** AMANDA ARNOLD SANSONE | **INTERPRETER** N/A<br>**LANGUAGE** |
| **UNITED STATES OF AMERICA**<br>v. | AUSA Charles Connally<br>**Government Counsel** |
| **JAMIE JOSEPH MANZ**<br>**Defendant** | Mark Ciaravella, Esq.<br>**Defense Counsel** |
| **DEPUTY CLERK** Cathy Morgan | **COURT RPTR** Digital |
| **TIME** 2:13 - 2:35   **TOTAL** 22 min.   Courtroom 10B | |

**PROCEEDINGS:**

### VIOLATION OF PRETRIAL RELEASE

Government requests defendant remain on pretrial release with the additional condition of home detention. Defendant admits to the violations. He states he is having side effects from his medication and has contacted the provider to change his medication. Court will allow him to remain on pretrial release with the added condition of home detention. Court admonishes him for his behavior and states there will be zero tolerance for any future violation.