**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.  Case No.: 8:18-cr-477-T-02AAS

**JAMIE JOSEPH MANZ**
_____/

**O R D E R**

Pursuant to the information provided by Pretrial Services in its memorandum dated December 28, 2018, and information received at the hearing held on January 9, 2019, the court does not impose additional conditions of bond. Defendant shall be released from custody.

DONE and ORDERED at Tampa, Florida this ___9th___ day of January, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge