## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:18-cr-477-T-02SPF

JAMIE JOSEPH MANZ

_____

### ACCEPTANCE OF PLEA OF GUILTY
### AND ADJUDICATION OF GUILT

The defendant, Jamie Joseph Manz, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Sean P. Flynn on February 26, 2019.  The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1.     That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2.     That the defendant, Jamie Joseph Manz, be adjudicated guilty as to Count One of the Indictment.

3.     That sentencing be scheduled for ***June 6, 2019, at 2:00 PM***.   **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 18th day of March, 2019.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record
               U.S. Pretrial Services
               U.S. Probation Office
               U.S. Marshal Service