## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**-v-**  Case No.: **8:18-CR-477-WFJ-SPF**

**JAMIE JOSEPH MANZ**

_____/

### MOTION TO AMEND PRESENTENCE INVESTIGATION REPORT

The Defendant, JAMIE MANZ, through the undersigned attorney, moves this Court for an order allowing him to file his Objections to the Presentence Investigation Report out of time, and would state:

1. This cause is currently pending before this court for sentencing on June 6, 2019.

2. Objections to the initial presentence investigation report were due on or before May 21, 2019.

3. The objections to the presentence investigation report were served on May 30, 2019.

4. The Defendant, Mr. Manz was not responsible for the late service of the document.

5. Counsel for Mr. Manz was responsible for the failure to timely serve the document and requests that the Court consider that document as if it was timely served.

6. While counsel does not have an excuse to for the late filing, he would offer an explanation:  On May 19, 2019, counsel's 87 year-old mother fell and suffered a broken pelvis and a head injury.  She was hospitalized in the St. Joseph's Hospital intensive care unit for a week and has since been moved to Canterbury Tower for recovery and therapy.  She will continue to reside at Canterbury Tower for an indefinite period of time.

7. As a result of this incident, counsel fell behind in his duties to Mr. Manz and the Court.  Counsel did not intend to disobey the orders or rules of this Court, or neglect his duty to Mr. Manz.

8. Counsel conferred with Assistant United States Attorney Charlie Connally, and the government not oppose the relief requested herein.

9. This request is made in good faith and without intent to unduly hinder or delay this Court's review.  The extension of time is needed to afford Mr. Manz the proper consideration he deserves in this case.

10. The objections are attached hereto.  The government's position regarding the objections are as follows:

a. The government does not object to Mr. Manz' stated objections to Paragraphs 11, 12 and 13.

b. The government will report its position regarding Mr. Manz' objection to Paragraph 18 at or before the sentencing hearing.

c. The government defers to probation regarding Mr. Manz' objections to Paragraphs 44, 48, 62 and 72 (72 is only a request to supplement report).

WHEREFORE, Defendant Jamie Manz respectfully requests that this Court will consider the premises and grant him leave to file the objections to the Presentence Investigation Report out of time.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: n\a.

s/ Mark W. Ciaravella
Mark W. Ciaravella
Florida Bar Number 46108
Attorney for Defendant
Post Office Box 1107
Tampa, Florida 33601
Phone 813 221 1640
mwc@ciaravella.com