UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:18-cr-477-02SPF

JAMIE JOSEPH MANZ

## REQUEST FOR LEAVE TO DISMISS
## COUNT TWO OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Maria Chapa Lopez, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss Count Two of the Indictment pending against Defendant JAMIE JOSEPH MANZ, in the above-captioned case, without prejudice, on the ground that:

The firearm referenced in Count Two does not meet the legal definition of a firearm.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss Count Two of the Indictment against

Defendant JAMIE JOSEPH MANZ in the above-captioned case, without prejudice.

                                  Respectfully submitted,

                                  MARIA CHAPA LOPEZ
                                United States Attorney

By:   */s/ Charlie D. Connally*
      Charlie D. Connally
      Assistant United States Attorney
      Florida Bar No. 98475
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: charlie.connally@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:18-cr-477-02SPF

JAMIE JOSEPH MANZ

### **ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss Count Two of the Indictment against Defendant JAMIE JOSEPH MANZ, without prejudice.  Leave of Court is granted and Count Two of the Indictment is dismissed against Defendant JAMIE JOSEPH MANZ, in the above-captioned case, without prejudice.

Dated: _____                           _____
                                                                 WILLIAM F. JUNG
                                                                 United States District Judge